# EXHIBIT 2

**STATE OF NEW MEXICO**
**COUNTY OF DOÑA ANA**
**THIRD JUDICIAL DISTRICT COURT**



FILED

2021 MAY -3  PM 2:07

_____ CT. COURT
DOÑA ANA COUNTY, NM

Johnny Burnside , **Plaintiff,**
*(print first, middle and last name)*

**v.** Harbor Freight

Tools (store #236) , **Defendant.**
*(print first, middle and last name)*

**Case No.** CV-2021-1016
**Judge:** _____

James T. Martin

## CIVIL COMPLAINT

1. Plaintiff or defendant resides, or may be found in, or the cause of action arose in this county.

2. Plaintiff claims from Defendant the amount of $ 100,000.00 and also claims interest and court costs.

3. Plaintiff claims from Defendant personal property of the value of $ _____, which is described as follows:

_____

_____

4. Plaintiff seeks the following additional relief:

_____

_____

5. Plaintiff's claim arises from the following event or transaction:
    See Attached Documents

_____

6. Trial by jury   ☐ IS   ☐ IS NOT demanded. *(If a jury is demanded, an additional cost must be paid upon filing.)*

Respectfully submitted,

*(SIGN YOUR NAME)* _____

*(PRINT YOUR NAME)* Johnny Burnside

*(YOUR MAILING ADDRESS)* 825 Parker ___ #4

*(CITY/STATE/ZIP)* Las Cruces, NM 88001

*(YOUR TELEPHONE)* (575) 222-58 ___

*(Email Address)* flynomic12@gmail.com

## VERIFICATION

STATE OF NEW MEXICO }
               } ss
COUNTY OF DONA ANA }

I _Johnny Bannside_____, being first duly sworn upon my oath, depose and state that I am the PLAINTIFF in the above-entitled cause. I state that the contents of this COMPLAINT are true and correct, except to the matters stated on information and belief, and those matters I believe to be true.

_____
(SIGN YOUR NAME)

_____
(PRINT YOUR NAME)

SUBSCRIBED AND SWORN to before me on this ___3___ day of __May_____, 20_21_, by:

_Johnny Levell Burnside,_ Petitioner.

_____
Notary public or other officer authorized to administer oaths

_____
Title

My commission expires: ☐ Indefinite  ☐ Date _____

I have spoken to many of the on-site managers, one in particular I believe his name to be David but the name tag he had said a different name.

I proceeded to do my shopping I took out my phone to look at the online coupons. By the time I got to the end of the aisle their was a hispanic lady I almost ran into her creeping around the corner she did a double take then turned toward me,

I made a statement under my breath. She yelled out "stop taking pictures of me, stop taking pictures of me I'll call the cops on you." I took a step back and their was a Harbor Freight employee in the aisle, I showed him my phone he turned to the lady and said hes not taking pictures of you.

I'm not sure of his name (David) showed up in the aisle I quickly told him what the situation was. A small crowd of people had assemble in the aisle saying "What did he do to her." being that I was the only African American person in the store.

I felt threatened, discrim-
nated, humiliated and embarrassed.
David turned to me and said
what do you want me to do about
it with a smirk on his face as
he turn to walk away.
    I said to him if the roles
were reversed something would
have been done some type of
action would have taken place

Whatever you determine should be the appropriate action for your employee. But as for me I am seeking the full compensation aloud by Federal and State Law.

For all that I've gone thru bias and racial discrimination/harassment; defamation of charater. To correct the situation that he caused negligence code of conduct and for him to acknowledge what his action had done.

As a person I should be respected and given the opportunity to shop in these public accommodation offered to the public without being profiled

I went online to make a complaint with Harbor Freight regarding prior issue I've been having. Along with the issue I'm now dealing with. I have a e-mail address and a phone number I don't recall the person name but he said he would look into the situation something about retraining

*Jockey Joe*



**HARBOR FREIGHT TOOLS**
Quality Tools at Ridiculously Low Prices

LAS CRUCES  NM #00236
150 W. PICACHO AVE
LAS CRUCES, NM 88005
Telephone: (575) 541-0676


SALE

------------------------------------------
Customer Name:              JOHNNY BURNSIDE
Customer Number:            999039917553
------------------------------------------

57815 HERCULES 4'' BIM HOLE SAW    $18.99

Subtotal                           $18.99
Sales Tax 8.312%                    $1.58
Total                              $20.57

Visa                               $20.57
  Card No. XXXXXXXXXXXXX8578
  Expiration Date XX/XX
  Auth. No. 014211
  VISA DEBIT
Contactless
Signature Verified
Mode: Issuer
AID: A000000031010
TVR: 0000000000
IAD: 06061203A00000
TSI: 0000
ARC: 00

        Please Retain for Your Records

Store: 00236    Res: 01    Tran: 741604
Date: 4/27/2021 3:53:17 PM   Assoc: XXXXXX
Ticket: 01741604

            Item(s) Sold: 1
            Item(s) Returned: 0

        Rebecca served you today.
        Thank you for shopping at
         LAS CRUCES  NM #00236

Proof of Purchase Required for Returns/
Exchanges Within 90 Days of Purchase.

****************************************
**GET MORE COUPONS**
**Text TOOLS to 34648**
To get coupons and sales alerts via text
message from Harbor Freight! Data rates
may apply. Consent not required for
purchase text STOP to STOP.

HARBOR FREIGHT TOOLS

LAS CRUCES  NM #00236
150 W. PICACHO AVE
LAS CRUCES  NM 88005
Telephone: (575) 541-0676

## SALE

| | |
|---|---|
| Customer Name: | JOHNNY BURNSIDE |
| Customer Number: | 999039917553 |

56167 0.5 GALLON HAND SPRAYER        $5.49
If open return by calling 844-416-9141.
99677 PVC Long Cuff Gloves  Blu      $7.99

Subtotal                            $13.48
Sales Tax 8.312%                     $1.12
**Total**                           **$14.60**

Cash                                $20.00
Cash Change                          $5.40

Store: 00236    Reg: 01    Tran: 733668
Date: 4/2/2021 11:17:57 AM    Assoc: XXXXXX
Ticket: 01733668.

Item(s) Sold: 2
Item(s) Returned: 0

Gabriel served you today.
Thank you for shopping at
LAS CRUCES  NM #00236

Proof of Purchase Required for Returns/
Exchanges Within 90 Days of Purchase.

***********************************

# GET MORE COUPONS
## Text TOOLS to 34646

To get coupons and sales alerts via text
message from Harbor Freight! Data rates
may apply. Consent not required for
purchase text STOP to STOP.

0002360173366804021