IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHNNY BURNSIDE,

        Plaintiff,

v.                                           No. CV 21-518 KG/CG

HARBOR FREIGHT TOOLS,

        Defendant.

### ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Chief Magistrate Judge's *Proposed Findings and Recommended Disposition* (the "PFRD"), (Doc. 13), filed November 23, 2021. In the PFRD, the Chief Magistrate Judge recommended that Defendant Harbor Freight Tools' *Motion to Dismiss*, (Doc. 7), be granted, and the case be dismissed without prejudice. (Doc. 13) at 10. The parties were notified that written objections to the PFRD were due within fourteen days. *Id.* No objections have been filed and the deadline has passed. The recommendation of the Chief Magistrate Judge is therefore adopted by this Court.

IT IS THEREFORE ORDERED that Defendant Harbor Freight Tools' *Motion to Dismiss*, (Doc. 7), is GRANTED.

IT IS FURTHER ORDERED that this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE